UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CERVANTES ORCHARDS & VINEYARDS, LLC., a Washington limited liability corporation; CERVANTES NURSERIES, LLC, a Washington limited liability corporation; CERVANTES PACKING & STORAGE, LLC, a Washington limited liability corporation; MANCHEGO REAL, LLC; a Washington limited liability corporation; JOSE G. CERVANTES and CYNTHIA C. CERVANTES, individually and upon behalf of their community property marital estate,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSTON LAWYERS, PS, a Washington professional entity; R. BRUCE JOHNSTON and JANE DOE JOHNSTON, individually and upon behalf of their community property marital estate; DALE FOREMAN and GAIL FORMAN, individually and upon behalf of their community property marital estate; and LAW OFFICES OF DALE FOREMAN,<br><br>Defendants. | NO: 1:15-CV-3153-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**BEFORE** the Court is Plaintiffs' Notice of Voluntary Dismissal, ECF No. 3. Having reviewed the Notice and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Notice of Voluntary Dismissal, **ECF No. 3**, is **APPROVED**. Plaintiffs' Complaint is dismissed without prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 21st day of September 2015.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge